No. 15. SALVÁ *v.* SUCESIÓN BORRÁS· GINART. ·Moción para que se admita ·apelación contra resolución del Tribunal Supremo de

Puerto Rico para ante el Tribunal Supremo de los Estados Unidos. Resuelta en Abril 18, 1905. Denegada la admisión de la apelación. Abogados del promovente: *Sres. López Landrón y Pettingill.* Abogados de las partes contrarias: *Sres. Guzmán Benítez* (José) y *Hartzell y Rodríguez Serra.*